1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENDALL DEJUAN SIMON,                         No.  2:21-cv-01418-TLN-AC

12              Plaintiff,

13         v.                                       **ORDER**

14   STATE OF CALIFORNIA,

15              Defendant.

16

17         Plaintiff, a civil detainee, proceeding *pro se*, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On May 2, 2022, the magistrate judge filed findings and recommendations herein which

21   were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22   and recommendations were to be filed within twenty-one days.  (ECF No. 7.)  Plaintiff has not

23   filed objections to the findings and recommendations.

24         The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26         Accordingly, IT IS HEREBY ORDERED that:

27         1.  The Findings and Recommendations filed May 2, 2022, (ECF No. 7), are adopted in

28   full; and

                                                    1

1        2.  The First Amended Complaint is DISMISSED without leave to amend.

2    **DATED:  July 18, 2022**

3

4

5    _____

6    Troy L. Nunley
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28